UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* JASON WAWIERNIA,

      Plaintiff,

v.

THREDUP, INC.,

      Defendant.
_____/

Case No. 1:24-cv-00810

Hon. Robert J. Jonker
United States District Judge

## ORDER

The United States of America having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.     The Complaint be unsealed and served upon Defendant by Relator;

2.     This Order and the United States of America's Notice That It Is Not Intervening At This Time (the "Government Plaintiff's Notice") be unsealed and served upon Defendant only after service of the Complaint;

3.     A partially-redacted copy of the following documents, attached as Exhibits 1 and 2, to the Government Plaintiff's Notice, be substituted for the unredacted versions and placed on the public docket:

      a.     Memorandum of Law in Support of the United States of America's Third *Ex Parte* Application for a 60-Day Extension of Time to Consider Election to Intervene;

      b.     Corrected Sealed Order. (ECF 023, PageID.82–84).

4. The seal be lifted as to all other contents of the Court's file and all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and

8. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __23rd__ day of April, 2025

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Judge