# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JASON WAWIERNIA,<br><br>          Plaintiff,<br><br>vs.<br><br>THREDUP, INC.<br><br>          Defendant. | CASE NO. 1:24-CV-00810<br><br>JUDGE ROBERT J. JONKER<br><br>MAGISTRATE JUDGE RAY KENT |

## DEFENDANT THREDUP INC.'S LOCAL RULE 7.2(b)(ii) CERTIFICATE OF COMPLIANCE

Defendant ThredUp Inc. ("ThredUp"), pursuant to Local Rule 7.2(b)(ii), files the following Certificate of Compliance with respect to Defendant's Motion to Dismiss.

ThredUp certifies that its Brief in Support of its Motion to Dismiss contains 4,545 words and was prepared using Microsoft Word for Microsoft 365 MSO. The word count was determined using Microsoft Word for Microsoft 365 MSO's word count function.

DATED: July 14, 2025

Respectfully submitted,

*/s/ Matthew D. Ridings*
MARISA T. DARDEN (OH 0074258)
MATTHEW D. RIDINGS (OH79402)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:   216.363.4588
Email:  mdarden@beneschlaw.com
             mridings@beneschlaw.com

*Attorney for Defendant ThredUp Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

                                                  */s/ Matthew D. Ridings*
                                                Matthew D. Ridings
                                                *Attorney for Defendant ThredUp Inc.*